IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00747-MSK-KLM

KELLY DALCOUR, and
JURITA AVRIL,

       Plaintiffs,

v.

CITY OF LAKEWOOD,
RON BURNS,
JENNIFER GILLESPIE,
MICHELLE JORDAN,
MARISSA CORDOVA,
JOHN GRIFFITH,
JAMES R. JONES,
KRISTOPHER DEROEHN,
SCOTT WEICHERT,
PATRICIA BUDDY, and
SHANNON MARTINEZ,

       Defendants.

## ORDER DENYING, IN PART, MOTION TO STAY, AND REFERRING THE MOTION TO STAY DISCOVERY TO THE MAGISTRATE JUDGE

THIS MATTER comes before the Court on a "Motion to Stay Pending Immunity Determination" **(#26)** filed by Defendant Michelle Jordan. The motion having just been filed, there is not yet any response. However, due to the immediate nature of the relief requested, the Court addresses a portion of the motion and

**FINDS** and **CONCLUDES** that:

Ms. Jordan moves to stay "all further proceedings" in this case, including discovery. She does so on the basis that she has filed a motion to dismiss **(#24)** in which she claims entitlement to

qualified immunity.

Ms. Jordan has not demonstrated any good cause for staying "all further proceedings" in this case. She is only one of a number of Defendants named in this action, and the only one who brings the subject motion to dismiss. Although there may be merit in her request for a stay of discovery or other events impacted by her affirmative defense of qualified immunity, there is no showing that a stay of the entire case is necessary or appropriate. Thus, the request to stay "all further proceedings" is DENIED.

Arguably, a stay of some discovery or other events may be appropriate, particularly as to claims against Ms. Jordan that are impacted by her defense of qualified immunity. *See Rome v. Romero,* 225 F.R.D. 640 (D. Colo. 2004). This depends, in part, upon the nature of the relief sought from the various Defendants, and whether the Defendants are individuals or entities. *See id.* at 643. As to such request, the motion is referred to the Magistrate Judge for determination.

**IT IS THEREFORE ORDERED** that the motion **(#26)** is **DENIED** to the extent Ms. Jordan seeks a stay of all further proceedings, and it is **REFERRED** to the Magistrate Judge to determine whether there should be any stay of discovery.

Dated this 21st day of May, 2008

              **BY THE COURT:**

              */s/ Marcia S. Krieger*
              _____
              Marcia S. Krieger
              United States District Judge