IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00747-MSK-KLM

KELLY DALCOUR, and
JURITA AVRIL,

    Plaintiffs,

v.

CITY OF LAKEWOOD,
RON BURNS,
JENNIFER GILLESPIE,
MICHELLE JORDAN,
MARISSA CORDOVA,
JOHN GRIFFITH,
JAMES R. JONES,
KRISTOPHER DEROEHN,
SCOTT WEICHERT,
PATRICIA BUDDY, and
SHANNON MARTINEZ,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiffs' Motion for Leave to File Amended Complaint** [Docket No. 98; Filed October 9, 2008] (the "Motion"). The Motion is unopposed. Although the deadline for amendment of pleadings has expired, and Plaintiffs do not request that the deadline be extended, because the Motion is unopposed,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court accepts Plaintiffs' Amended Complaint and Jury Demand [Docket No. 98-2] for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that pursuant to the Amended Complaint and Jury Demand, Defendants Jordan and Martinez are terminated as parties, and the caption shall be amended accordingly.

    IT IS FURTHER **ORDERED** Defendants shall respond to the Amended Complaint and Jury Demand on or before **November 3, 2008**.

Dated: October 14, 2008