IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00747-MSK-KLM

KELLY DALCOUR, and
JURITA AVRIL,

    Plaintiffs,

v.

CITY OF LAKEWOOD,
RON BURNS,
JENNIFER GILLESPIE,
MARISSA CORDOVA,
JOHN GRIFFITH,
JAMES R. JONES,
KRISTOPHER DEROEHN,
SCOTT WEICHERT, and
PATRICIA BUDDY,

    Defendants.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion to Amend Scheduling Order** [Docket No. 103; Filed October 14, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered on June 12, 2008 [Docket No. 49] and as supplemented on June 26, 2008 [Docket No. 57] is amended by the Amended Scheduling Order entered in conjunction with this Minute Order.

    IT IS FURTHER **ORDERED** that the Amended Scheduling Order is **accepted** for filing and is entered as an Order of the Court as of today's date.

Dated: October 16, 2008