IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00747-MSK-KLM

KELLY DALCOUR, and
JURITA AVRIL,

    Plaintiffs,

v.

CITY OF LAKEWOOD,
RON BURNS,
JENNIFER GILLESPIE,
MARISSA CORDOVA,
JOHN GRIFFITH,
JAMES R. JONES,
KRISTOPHER DEROEHN,
SCOTT WEICHERT, and
PATRICIA BUDDY,

    Defendants.
_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Plaintiffs' **Unopposed Motion to Amend Scheduling Order** [Docket No. 125; Filed March 5, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Amended Scheduling Order entered on October 17, 2008 [Docket No. 106], and modified on November 26, 2008 [Docket No. 115] and December 19, 2008 [Docket No. 123], is further modified to extend the following deadlines:

- Discovery Cutoff                                                   **April 17, 2009**
- Dispositive Motions Deadline                     **May 1, 2009**

Dated: March 5, 2009