IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00747-MSK-KLM

KELLY DALCOUR, and
JURITA AVRIL,

    Plaintiffs,

v.

CITY OF LAKEWOOD,
RON BURNS,
JENNIFER GILLESPIE,
MARISSA CORDOVA,
JOHN GRIFFITH,
JAMES R. JONES,
KRISTOPHER DEROEHN,
SCOTT WEICHERT, and
PATRICIA BUDDY,

    Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Plaintiffs' **Unopposed Motion to Amend Scheduling Order** [Docket No. 131; Filed March 8, 2009] (the "Motion").  This is at least the fourth request to amend the Amended Scheduling Order filed by the parties.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Amended Scheduling Order entered on October 17, 2008 [Docket No. 106], and modified on November 26, 2008 [Docket No. 115], December 19, 2008 [Docket No. 123] and March 5, 2009 [Docket No. 127], is further amended to extend the following deadlines:

- Discovery Cutoff                                        **May 22, 2009**
- Dispositive Motions Deadline                **June 5, 2009**

**No further extensions of these deadlines shall be permitted.**

    To the extent that Plaintiffs also request an extension of the deadline to file Rule 702 Motions, as the Court has previously informed the parties, this deadline was set by District Judge Marcia S. Krieger [Docket No. 50].  Pursuant to her Order, "[i]f the dispositive motion

deadline is changed, the Rule 702 deadline automatically changes to match it." *Order* [#50] at 2.

Dated: April 9, 2009