# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: LaDonne Bush  Date: October 16, 2009
Court Reporter: Paul Zuckerman

Civil Action No. 08-cv-00747-MSK-KLM

*Parties*:  *Counsel Appearing:*

KELLY DALCOUR,  Michael Thomson
JURITA AVRIL,  Alan Rosenfeld

      Plaintiffs,

v.

CITY OF LAKEWOOD,  Katherine Pratt
RON BURNS,
JENNIFER GILLESPIE,
MARISSA CORDOVA,
JOHN GRIFFITH,
JAMES R. JONES,
KRISTOPHER DEROEHN,
SCOTT WEICHERT, and
PATRICIA BUDDY,

      Defendants.

## COURTROOM MINUTES

Evidentiary Hearing on Parties' Joint Motion Under Fed. R. Evid. 702 Regarding the Testimony of Roger L. Willard (Doc. 150)

**8:40 a.m.**     **Court in session.**

Counsel wish to proceed on this Joint Motion before a ruling on the motion for summary judgment.

Court will permit counsel to brief the *Specht v. Jensen* issue.

Mr. Thomson states 11 opinions to be given by Mr. Willard (set forth in Doc. 150), and Ms. Pratt states Defendants' objections.

8:58 a.m.     Plaintiffs' witness, Roger Willard, sworn.

Direct examination of Mr. Willard by Mr. Thomson.

Court will not consider the deposition of Mr. Willard because he is testifying in court today.

**10:14 a.m.      Court in recess.**
**10:28 a.m.      Court in session.**

Cross examination of Mr. Willard by Ms. Pratt.

10:45 a.m.      Redirect examination by Mr. Thomson.

10:57 a.m.      Argument by Mr. Thomson.

11:05 a.m.      Argument by Ms. Pratt.

11:15 a.m.      Rebuttal argument by Mr. Thomson.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**      With regard to the Parties' Joint Motion Under Fed. R. Evid. 702 Regarding the Testimony of Roger L. Willard (Doc. 150):

1. The parties may file briefs on the *Specht v. Jensen* issue by November 5, 2009.
2. Ruling is reserved on Opinions 1, 2, 3, 4, 5, 6, 7, 9, and 10.
3. The first part of Opinion 8 is admissible, the second part is not.
4. Opinion 11 is admissible.

**11:48 a.m.      Court in recess.**

**Total Time:   01:54**
**Hearing concluded.**