IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00747-MSK-KLM

KELLY DALCOUR, and
JURITA AVRIL,

      Plaintiffs,

v.

CITY OF LAKEWOOD,
RON BURNS,
JENNIFER GILLESPIE,
MARISSA CORDOVA,
JOHN GRIFFITH,
JAMES R. JONES,
KRISTOPHER DEROEHN,
SCOTT WEICHERT, and
PATRICIA BUDDY,

      Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Defendant Patricia Buddy's Amended Motion to Amend Scheduling Order** [Docket No. 176; Filed October 30, 2009] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **DENIED** as unnecessary.  Upon completion of briefing of Motion No. 171, and if the motion is granted, the Court will set a deadline for Defendant Buddy's dispositive motion to be filed.  Until such time as Motion No. 171 is ruled upon, Defendant Buddy shall not file any dispositive motions.

Dated:  November 2, 2009