**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Sterling Johnson, Jr.**

Date:  February 7, 2011                               Deputy Clerk: Bernique Abiakam
                                                      Court Reporter: Adrienne Whitlow

Civil Action No.: 08-cv-00747-SJJ-KLM

KELLY DALCOUR, and
JURITA AVRIL,                                         Michael Thompson
                                                      Alan Rosenfeld

       Plaintiffs,

v.

JENNIFER GILLESPIE,
MARRISSA CORDOVA,
JOHN GRIFFITH,
JAMES R. JONES,
KRISTOPHER DEROEHN, and                               Tom Lyons
SCOTT WEICHERT,                                       Andrew Ringel

       Defendants.

**COURTROOM MINUTES**

**Jury Trial Day 1**

**9:09 a.m.     Court in session.**

Court calls case.  Counsel and defendants present.

Discussion regarding witness schedule.

Discussion regarding jury selection.

**ORDERED:** The Lakewood Defendants' Motion In Limine To Preclude The Admission Of Evidence Relating To The Ruling Of Jefferson County Magistrate Judge James Carl Demlow In The Criminal Proceeding Of Plaintiff Kelly Dalcour (Filed 5/10/10; Doc. No. 209) is GRANTED.

*08-cv-00747-SJJ-KLM*
*Jury Trial Day 1*
*February 7, 2011*

**ORDERED:** Lakewood Defendants' Motion to Preclude Evidence Or Testimony Respecting Any Alleged Economic Damages (Filed 5/10/10: Doc. No. 211) is DENIED as MOOT.

**ORDERED:** The Lakewood Defendants' Motion In Limine Regarding Objections to Plaintiffs' Exhibits Pursuant To Fed.R.Civ.P. 26(a)(3) [Filed 5/10/10; Doc. No. 212] - RULING RESERVED.

**ORDERED:** The Lakewood Defendants' Unopposed Motion In Limine Regarding Claims Against Defendants Jennifer Gillespie, Marissa Cordova, John Griffith, James R. Jones, Kristopher Deroehn, And Scott Weichert In Their Official Capacity (Filed 5/10/10; Doc. No. 213) is GRANTED.

**ORDERED:** Lakewood Defendants' Motion To Preclude Evidence Or Testimony Respecting Any Alleged Damages Relating To Minor Child I Or Minor Child C (Filed 5/10/10; Doc. No. 214) is DENIED.

**ORDERED:** Lakewood Defendants' Motion to Preclude Mention Of The Issue Of Punitive Damages To The Jury Unless And Until The court Determines Punitve Damages May Be Submitted To The Jury (Filed 5/10/10; Doc. No. 215) is DENIED.

Argument heard on Plaintiffs' Motion In Limine (Filed 5/10/10; Doc. No. 210).

Argument by Mr. Thompson.  Questions by the Court.

Argument by Mr. Ringel.

**ORDERED:** Ruling is RESERVED on Plaintiffs' Motion In Limine (Filed 5/10/10; Doc. No. 210).

Discussion regarding time allowed for opening statements.

9:35 a.m.    Jury panel present and sworn for voir dire.

9:45 a.m.    Initial comments and instruction by the Court.

Introduction of counsel and the parties.

9:50 a.m.    Voir dire begins by the Court.

*08-cv-00747-SJJ-KLM*
*Jury Trial Day 1*
*February 7, 2011*

| | |
|---|---|
| 10:16 a.m. | Bench conference regarding Juror No. 100185922. |
| 10:19 a.m. | Continued voir dire. |
| 10:22 a.m. | Jury panel excused for recess. |
| 10:23 a.m. | Bench conference regarding challenges . |

**10:27 a.m.    Court in recess.**

**10:39 a.m.    Court in session.**

Instruction by the court.

| | |
|---|---|
| 10:48 a.m. | Jury sworn. |
| 10:49 a.m. | Opening statement by Mr. Thompson. |
| 11:10 a.m. | Opening statement by Mr. Rosenfeld. |
| 11:21 a.m. | Opening statement by Mr. Lyons. |
| 11:35 a.m. | Plaintiff's witness, Kelly Dalcour, called and sworn. Direct examination begins by Mr. Thompson. |

**11:55 a.m.    Court in recess.**

**1:28 p.m.    Court in session.**

| | |
|---|---|
| 1:36 p.m. | Jury present. |
| 1:37 p.m. | Continued direct examination by Mr. Thompson. |

**Plaintiff's Exhibit 5 offered and admitted.**

| | |
|---|---|
| 1:47 p.m. | Continued direct examination by Mr. Thompson. |
| 2:10 p.m. | Direct examination begins by Mr. Rosenfeld. |
| 2:11 p.m. | Cross examination begins by Mr. Ringel. |

3

*08-cv-00747-SJJ-KLM*
*Jury Trial Day 1*
*February 7, 2011*

**Original deposition of witness, Kelly Dalcour, opened and marked as Defendant's Exhibit 27.**

2:15 p.m.   Continued cross examination by Mr. Ringel.

2:36 p.m.   Witness excused.

Discussion regarding witness schedule.

2:37 p.m.   Plaintiff's adverse witness, Jennifer Gillespie, called and sworn.
            Direct examination begins by Mr. Rosenfeld.

**Jefferson County trial transcript marked as Plaintiff's Exhibit 28.**

3:22 p.m.   Continued direct examination by Mr. Rosenfeld.

3:24 p.m.   Direct examination begins by Mr. Thompson.

**3:25 p.m.   Court in recess.**

**3:57 p.m.   Court in session.**

3:58 p.m.   Jury present.

3:59 p.m.   Continued direct examination by Mr. Thompson.

4:05 p.m.   Cross examination begins by Mr. Lyons.

4:54 p.m.   Questions by the Court.

4:55 p.m.   Continued cross examination by Mr. Lyons.

5:12 p.m.   Cross examination by begins by Mr. Thompson.

5:13 p.m.   Jury excused.

**5:14 p.m.   Court in recess until tomorrow morning at 9:30 a.m.**
Hearing continued.
Time in court - 5 hours 48 minutes