IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00747-MSK-KLM

KELLY DALCOUR, and
JURITA AVRIL,

       Plaintiffs,

v.

JENNIFER GILLESPIE,

       Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Joint Stipulated Motion for Dismissal With Prejudice (Motion) **(#313)** filed February 19, 2015. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and Plaintiffs' claims against Defendant are hereby dismissed, with prejudice, each party to bear his, her or its own attorney fees and costs.

DATED this 20th day of February, 2015.

       **BY THE COURT:**

       */s/ Marcia S. Krieger*

       Marcia S. Krieger
       Chief United States District Judge